# EXHIBIT 2

**Exhibit 2 to Complaint**
**Infringement Claim Chart**
**U.S. Patent No. 12,465,826**

**Facolospickleball LLC**
**EliteX**

The exemplary claim chart set forth below is provided based on information to date and may not be exhaustive. Plaintiff's investigation is ongoing. Plaintiff reserves the right to supplement and/or amend this exemplary infringement contention claim chart to identify additional asserted claims, accused products/instrumentalities, and/or to further identify where each element of each asserted claim is found in each accused product. For example, Plaintiff reserves the right to supplement and/or amend this exemplary infringement contention chart in view of any future discovery obtained from Defendant and/or third parties during the pendency of this litigation.

As used in claim chart below, the "Facolos Accused Product(s)" include without limitation the following: the pickleball game paddles produced by Defendant Facolospickleball LLC (hereinafter "Facolos") including, but not necessarily limited to, Facolos EliteX as well as any other Facolos product that shares a similar structure/configuration and/or operates in a manner consistent with the theory of infringement outlined in the claim chart below. Plaintiff contends that the Facolos Accused Product(s)—which is also herein referred to as the "Facolos EliteX"—practices each of the claims of U.S. Patent No. 12,465,826 ("the '826 Patent") identified in the claim chart below in the manner shown and/or explained.

The Facolos Accused Product(s)—along with the associated photographs and documents—discussed, cited, and/or otherwise referenced herein are representative in all material aspects of all other Accused Product(s) identified herein.

1

| | U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|---|
| | **Claim1** | |
| **1 [pre]** | A pickleball paddle, comprising: | The Facolos EliteX Paddle is a pickleball paddle. https://facolospickleball.my/products/pickleball-paddle-elite-x-series-16mm-neon. |

| | U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|---|
| | | |
| **1.a** | a front surface; | The Facolos EliteX Paddle includes a front surface (below): |

3

| U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|
| | Front surface <br><br> |
| **1.b** | a back surface opposing the front surface; | The Facolos EliteX Paddle includes a back surface (labeled B, below) opposing the front surface: |

4

| | **U.S. Patent No. 12,465,826** | **Facolos EliteX** |
|---|---|---|
| | | |
| **1.c** | a core disposed between the front surface and the back surface, | The Facolos EliteX Paddle includes a core disposed between the front surface and the back surface, specifically an elastic |

5

| U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|
| | polypropylene core. *See* https://facolos.com/san-pham/pickleball-paddle-pro-series-elite-x-elongate/.<br><br> |

| | **U.S. Patent No. 12,465,826** | **Facolos EliteX** |
|---|---|---|
| | | <br><br>Paddle Shakeup at the PPAs // Plus CRBN Waves, Luzz, Facolos & Quanta Insights<br><br>*See https://www.youtube.com/watch?v=3cL4A5BUPBA* at 52:49. |
| **1.d** | the core having an outer boundary including a first portion shaped and dimensioned to terminate internal to, and spaced apart from, an internal perimeter of the pickleball paddle, and a second portion shaped and dimensioned to terminate closer to the internal perimeter of the pickleball paddle relative to the first portion | The Facolos EliteX Paddle includes a core having an outer boundary including a first portion shaped and dimensioned to terminate internal to, and spaced apart from, an internal perimeter of the pickleball paddle, and a second portion shaped and dimensioned to terminate closer to the internal perimeter of the pickleball paddle relative to the first portion: |

7

| U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|
| |  |

| | U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|---|
| | | *See https://www. youtube.com/watch?v=3cL4A5BUPBA.* |
| **1.e** | a gap formed as a void external to the core and positioned between the outer boundary of the core and the internal perimeter of the pickleball paddle, | The Facolos EliteX Paddle includes a gap formed as a void external to the core and positioned between the outer boundary of the core and the internal perimeter of the pickleball paddle: |

9

| U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|
| |  |

| | **U.S. Patent No. 12,465,826** | **Facolos EliteX** |
|---|---|---|
| | | Paddle Shakeup at the PPAs // Plus CRBN Waves, Luzz, Facolos & Quanta Insights *See https://www. youtube.com/watch?v=3cL4A5BUPBA.* |
| **1.f** | the gap extending around at least the first portion of the outer boundary of the core; | The Facolos EliteX Paddle includes a gap extending around at least the first portion of the outer boundary of the core: |

11

| U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|
|  |  |

| | U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|---|
| | | See https://www. youtube.com/watch?v=3cL4A5BUPBA. |
| 1.g | a first filler disposed within at least a portion of the gap beyond the outer boundary of the core; | The Facolos EliteX Paddle includes a first filler disposed within at least a portion of the gap beyond the outer boundary of the core: |

13

| U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|
| |  |

| | U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|---|
| | | See https:/ /www. youtube.com/watch?v=3cL4A5BUPBA. |
| 1.h | a frame disposed about at least a head portion of the pickleball paddle along an edge portion thereof, | The Facolos EliteX Paddle includes a frame disposed about at least a head portion of the pickleball paddle along an edge portion thereof: |

15

| | U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|---|
| | |  |
| 1.i | the frame at least partially disposed between the front surface and the back surface along the edge portion, | The Facolos EliteX Paddle includes a frame at least partially disposed between the front surface and the back surface along the edge portion: |

| | U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|---|
| | |  |
| **1.j** | the frame defining a hollow interior portion; and | The Facolos EliteX Paddle includes a frame defining a hollow interior portion: |

17

| U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|
| |  |
| **1.k** — a second filler disposed within at least a portion of the hollow interior portion of the frame. | The Facolos EliteX Paddle includes a second filler disposed within at least a portion of the hollow interior portion of the frame: |

18

| U.S. Patent No. 12,465,826 | Facolos EliteX |
|---|---|
| |  |

19